THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NATIONAL WHITE PLAINS CORP., Appellant.

Argued May 18, 1949; decided June 2, 1949.

*Samuel Rubin* for appellant.

*George Fanelli, District Attorney, William R. Condit, Corporation Counsel (Vincent Del Tufo* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.